Mr. Justice Goldberg,
with whom Mr. Justice Douglas joins,
dissenting.
This appeal raises the question of whether a person charged with a traffic violation (or presumably any other criminal offense) may be forced by a statute, General Laws of Mass., c. 90, §§20 and 20A, to choose between foregoing a trial by pleading guilty and paying a small fine, or going to trial and thereby exposing himself to the possibility of a greater punishment if found guilty. I express no view on the merits of this question. But I would note probable jurisdiction, since the issue, in my view, presents a substantial federal question, and since I am not convinced that the generally sound advice to “pay the two dollars” necessarily reflects a constitutionally permissible requirement.
Mr. Justice White is of the opinion that probable jurisdiction should be noted.